UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RAYMOND MACK<br><br>      Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 14-00050-JEI-9<br><br>**ORDER** |

**APPEARANCES:**

JOSE LUIS ONGAY, ESQ.
527 Cooper Street
Camden, New Jersey 08102
    Counsel for Defendant

OFFICE OF THE UNITED STATES ATTORNEY
By: Justin C. Danilewitz, Esq.
    Patrick C. Askin, Esq.
401 Market Street, 4th Floor
P.O. Box 2098
Camden, New Jersey 08101
    Counsel for Plaintiff

**Irenas**, Senior District Judge:

    This matter having come before the Court upon Defendant's Motion to Dismiss the Complaint (dkt. no. 34); having reviewed the submissions of the parties; and for good cause appearing:

    **IT IS** on this 28th day of February, 2014,

    **ORDERED THAT:**

Defendant's Motion to Dismiss the Complaint (dkt. no. 34) is hereby **DENIED**.

_____
Joseph E. Irenas, S.U.S.D.J.